

FILED by _____ D.C.

OCT 2 7 2008

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

GROUNDWORKS OF PALM BEACH   )
COUNTY, INC., a Florida corporation   )
        Plaintiff,   )
  )
vs.   )
  )
JAMES Q. REDMOND an individual,   )
d/b/a REDMOND PALMS,   )
  )
       Defendant.   )
_____   )

Case No. **08 - 6 1 7 3 5**

**CIV - DIMITROULEAS**

/ROSENBAUM

## COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Plaintiff, Groundworks of Palm Beach County, Inc. ("Groundworks "), hereby sues Defendant, James Q. Redmond d/b/a Redmond Palms, and states as follows:

### PARTIES

1.    Plaintiff Groundworks is a corporation duly organized and existing under the laws of the State of Florida with its headquarters and principal place of business in Palm Beach County, Florida. At all times relevant to this action, Groundworks has been and is authorized to do business throughout the United States and the State of Florida, and has been conducting business throughout the United States and the State of Florida.

2.    Defendant, James Q. Redmond ("Defendant"), is an individual residing in Florida and doing business under the fictitious name Redmond Palms. Defendant has filed a fictitious name registration in Florida for "Redmomnd [sic] Palms."

## JURISDICTION AND VENUE

3.     This is a civil action for preliminary and permanent injunctive relief, damages, and attorneys' fees arising from:

   a.     Defendant's use of false designations of origin and false and misleading descriptions and representations in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a);

   b.     Common law trademark infringement,

   c.     Common law unfair competition, and

   d.     violation of the Florida Deceptive and Unfair Trade Practices Act, Florida Statutes § 501.201, *et seq.*

4.     This Court has subject matter jurisdiction pursuant to 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331 and 1338, as Groundworks' claims involve federal questions and/or are ancillary to such federal questions under 28 U.S.C. § 1367.

5.     Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391.

## COMMON FACTUAL ALLEGATIONS

6.     Groundworks has been in the business of operating, and licensing others to operate, landscaping services and selling landscaping products throughout the United States and the State of Florida since May 1, 1986.

7.     Groundworks specializes in the sale and installation for ornamental purposes of a premium type of date palms known as "Medjools," which is short for the scientific name for this date palm varietal, *phoenix dactylifera medjool*.

2

8.  Groundworks has exclusive rights to distribute in the United States any and all Medjool date palms originating from Imperial Date Gardens, Nunez Plantations and Santa Fe Farms located in an area of Arizona near Yuma, Arizona commonly known as the Mesa, and has spent considerable sums advertising its Medjool date palms and its exclusive distribution rights in print advertisements, web sites and trade shows.  The Medjools grown on the Mesa are of exceptional  quality, and Groundworks prides itself on being able to provide this uniquely outstanding Medjool inventory to the industry and its customers.

9.  Groundworks has also experienced remarkable commercial success as a result of the high quality of its goods and services, and is regarded as the leader in the Southeast for distributing Medjool date palms.

10.  As part of Groundworks advertising campaign, Groundworks commissioned and took aerial photographs and photographs from lifts of the Medjool date palms at the Nunez Plantations in July 2005.

11.  Groundworks has featured one of those photographs (the "Medjool Mesa Photograph") in interstate commerce in many advertising campaigns and on its web site as the photograph depicts and emphasizes the quality and number of premium Medjool date palms that Groundworks is able to offer to customers throughout the United States, including Florida.  A black and white printout of the Medjool Mesa Photograph is attached hereto as Exhibit 1.

12. Groundworks has expended substantial time, effort, and financial resources in connection with the advertising, marketing, and promotion of its goods and services in advertising campaigns utilizing the Medjool Mesa Photograph, and in connection with promoting the fact that Groundworks has the exclusive rights to distribute the palms depicted on the Medjool Mesa Photograph. The Mesa Photograph depicts a one of a kind Medjool grove of immense proportion. This field is in fact so unique and the picture utilized so extensively in Groundworks' campaigns that industry purchasers have come to immediately recognize the field as containing Medjools that only Groundworks may distribute.

13. As part of its advertising campaigns, Groundworks has run print ads in the most commonly used trade magazine by professional landscape purchasers, known as *Betrock's PlantFinder*, which is considered the gold standard for landscape material purchasing in the industry and which is often used for many months or years by purchasers after being published.

14. As a result of its use and promotion by Groundworks, the Medjool Mesa Photograph has gained secondary meaning in the date palm industry as the Photograph is now indicative in the palm industry, including to professional landscape purchasing agents and other consumers, that the goods and services associated with the Photograph originate from, or are sponsored or approved by, Groundworks, and Groundworks is also known to have the exclusive rights to distribute the palms depicted on the Medjool Mesa Photograph.

4

15. Defendant operates a palm tree distribution company known as Redmond Palms, which he holds out as having offices in Fountain, Florida, Ft. Myers, Florida, and Murrieta, California, and over 50 year of experience in the palm industry. Defendant competes with Groundworks for the distribution and sale of date palms, including Medjools, to customers throughout the United States and Florida.

16. Upon information and belief, Defendant does not have the ability to distribute to customers the same number of high quality, matching-sized Medjool date palms as Groundworks.

17. In the September 15, 2008, edition of *Betrock's PlantFinder,* and in the October 15, 2008, edition of *Betrock's PlantFinder*, Defendant ran an advertisement that used Groundworks' Medjool Mesa Photograph under the following headings:

- *Redmond Palms*
- *Supplying the Finest Palms on the Market*
- *We Have Over 250,000 Acres of Palms Ready to be Shipped*
- *We've got all sizes of Medjools Hundreds Available*

A true and correct copy of Defendant's advertisement from the September 15, 2008 *PlantFinder* and October 15, 2008 *PlantFinder*, which were published in Broward County, Florida and distributed in interstate commerce, are attached as Exhibits 2 and 3, respectively.

18.     Defendant's advertisements represent false and misleading advertising in interstate commerce and are apparently designed to trade off of Groundworks' goodwill and unfairly compete with Groundworks for the sale and distribution of Medjool date palms.

19.     In connection with the advertisements, Defendant or its agents pirated Groundworks Medjool Mesa Photograph by improperly copying the photograph onto its own advertisements, and Defendant has been falsely passing the photograph off as depicting Medjool date palms it has available for sale to customers in interstate commerce.

20.     Upon information and belief, Defendant knew or should have known that the Medjool Mesa Photograph was Groundworks' copyrighted property, as Defendant gained access to the photograph either from Groundworks' web site that clearly indicates it is Groundworks' copyrighted property, or through another person acting on behalf of Defendant, who knew or should have known the Medjool Mesa Photograph was Groundworks' copyrighted property.

21.     By using the Medjool Mesa Photograph in its advertisements, Defendant is improperly suggesting an affiliation or sponsorship between Groundworks and Defendant in violation of section 43(a) of the Lanham Act (15 U.S.C. § 1125), and Groundworks has received inquiries from people in the industry, including a Value Added Reseller ("VAR") of Groundworks, who were confused as to whether Groundworks was affiliated with or sponsoring Defendant,

permitting Defendant to use Groundworks' photograph, and/or otherwise making the Medjool date palms depicted on the photograph available to Defendant.

22.    Defendant's unauthorized use of the Medjool Mesa Photograph also falsely suggests that Groundworks' claim to have exclusive rights to distribute the Medjools on the photograph is incorrect, which suggestion threatens Groundworks' valuable relationship with customers and its VAR's.

23.    Defendant's action in using the photograph and making misleading misrepresentations of fact in connection with the photograph in advertising in interstate commerce represent false and misleading advertising in violation of section 43(a) of the Lanham Act (15 U.S.C. § 1125), as Defendant does not have access to nor the right to sell or  distribute the premium Medjool date palms depicted on his advertisements.

24.    Defendant's action represent unfair competition because, among other reasons, (a) Defendant has misappropriated Groundworks' advertising ideas and images in its own advertisements, (b) Defendant has made false suggestions about his own right to distribute the palms depicted on the Medjool Mesa Photograph, (c) Defendant has made false suggestions impugning Groundworks' exclusive rights to, and advertisements about, the palms depicted on the Medjool Mesa Photograph, (d) Defendant has passed off the inventory of Medjool date palms that he can supply to customers as the premium inventory of Medjool date palms which Groundworks holds the exclusive right to distribute, and (e) Defendant has passed off his date

palms, or has been offering to pass off his date palms, as the premium Medjool date palms which Groundworks holds the exclusive right to distribute.

25.    By virtue of the information on Groundworks' web site and his experience in the industry, Defendant has knowledge of Groundworks' ownership, interest and exclusive rights in the Medjool Mesa Photograph and the date palms depicted thereon.

26.    Upon information and belief, Defendant intended to confuse, mislead, and deceive the public and trade into believing his goods and services are in some way associated, sponsored, or endorsed by Groundworks, and/or that he has the right to distribute the premium Medjool date palms depicted on the Medjool Mesa Photograph and/or that Groundworks does not have the exclusive right to distribute the palm inventory depicted on the photograph.

27.    Defendant's use of Groundworks' Medjool Mesa Photograph in connection with his goods and services is a false designation of origin insofar as such use is likely to cause members of the relevant public and trade to believe that the Defendant's business is affiliated with or sponsored by Groundworks, particularly in light of the fact that both Groundworks and the Defendant advertise similar goods and services in the same publications.

28.    Defendant's use of Groundworks' Medjool Mesa Photograph has and likely will continue to dilute the value and distinctiveness of the Photograph.

29.    As a result of Defendant's unauthorized actions, Groundworks has suffered and continues to suffer irreparable harm to its goodwill and reputation, and a loss of control over, and dilution of, the Medjool Mesa Photograph.

30.    Upon information and belief, Defendant's advertisements in the September and October 2008 *PlantFinder* magazines will be used for months, if not years, in the future by landscape purchasers, and thus Defendant will continue to use and gain the benefit of the improper use of Groundworks' Medjool Mesa Photograph in the future unless Defendant takes steps to affirmatively remedy its improper actions.

31.    Preliminary and permanent injunctive relief is required to halt and prevent Defendant's ongoing, intentional, and unauthorized activities and the harm caused to Groundworks thereby.

32.    Damages, attorneys' fees, and other remedies are required to compensate Groundworks for its losses and to deter Defendant's improper, flagrant and/or knowingly unlawful actions.

33.    All conditions precedent to maintaining this action have occurred or have been satisfied, and/or the occurrence or satisfaction of which have been otherwise waived by Defendant.

34.    Groundworks has retained the undersigned attorneys to represent its interests herein and is obligated to pay them a reasonable fee for their services.

## COUNT I

(False Advertising and Designation of Origin - Section 43(a) of the Lanham Act)

35.    Groundworks hereby realleges and incorporates paragraphs 1 through 34 as if fully set forth herein.

36.    This cause of action arises under section 43(a) of the Lanham Act (15 U.S.C. § 1125) for False Advertising and Designation of Origin.

37.    Defendant's advertisements represent falsely that Defendant has access to the palms depicted on the Medjool Mesa Photograph, is offering those palms for sale and will provide palms from that grove to consumers who purchase from him.

38.    Defendant's advertisements further suggest falsely that Defendant's date palm distribution business and/or the date palms he is offering to distribute are affiliated with Groundworks or emanate from or are authorized, sponsored, or approved by Groundworks, in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

39.    Defendant's advertisements further suggest falsely that Groundworks does not have the exclusive right to distribute the palms depicted on the Medjool Mesa Photograph.

40.    Such advertisements are false and misleading and done with the intent to improperly advance Defendant's interests to the harm of Groundworks.

41.    Defendant's advertisements have the tendency to deceive, and are in fact deceiving, a substantial portion of the targeted audience. Defendant's deceptive advertising is also material and is likely to influence purchasing decisions.

42.    By reason of the foregoing, Defendant has used in commerce, on or in connection with goods and/or services, a word, term, name, symbol or device, or a combination thereof, a false designation of origin, a false or misleading description of fact, or a false or misleading representation of fact, in violation of 15 U.S.C. §1125.

43.    Defendant's violations of section 43 are both willful and intentional.

44.    Defendant's acts are, and will continue to be, greatly and irreparably damaging to Groundworks in the future unless enjoined by this Court.  Accordingly, Groundworks has no adequate remedy at law.

## COUNT II
### (Common Law Trademark Infringement)

45.    Groundworks hereby realleges and incorporates paragraphs 1 through 34 as if fully set forth herein.

46.    Defendant's actions constitute trademark infringement in violation of the common law of the State of Florida, because the intent and result of Defendant's act is a "palming off" of his good and service as emanating from or being endorsed by Groundworks or of emanating from the groves depicted on the Medjool Mesa Photograph, thereby falsely enhancing the commercial value and reputation of Defendant's goods and services.

47.    Defendant's wrongful acts constitute common law trademark infringement.

48.   Defendant's acts are, and will continue to be, irreparably damaging to Groundworks in the future unless enjoined by this Court.   Accordingly, Groundworks has no adequate remedy at law.

## COUNT III
(Common Law Unfair Competition)

49.   Groundworks hereby realleges and incorporates paragraphs 1 through 34 as if fully set forth herein.

50.   As described more fully herein, Defendant's wrongful acts constitute common law unfair competition in that said acts:

(a)   represent a misappropriation of Groundworks' proprietary right to exclusive use of the Medjool Mesa Photograph for its own advertising purposes;

(b) have enabled and will continue to enable Defendant to obtain the benefit of and trade on Groundworks' goodwill and Groundworks' proprietary property;

(c)   damage and will continue to damage Groundworks' goodwill and the value of the Medjool Mesa Photograph in that Groundworks does not have control over Defendant's Use of the photograph in connection with the operation of his competing business; and

(d)   cause, have caused and are likely to continue to cause confusion, mistake or deception in the mind of the public, especially given that

the magazines will likely be used for months by purchasers making significant purchasing decisions.

51.     Defendant's actions have been willful and wanton and in complete disregard of Groundworks' rights.

52.      Defendant's wrongful acts have irreparably damaged Groundworks and will continue to irreparably damage Groundworks unless enjoined by this Court. Accordingly, Groundworks has no adequate remedy at law.

### COUNT IV
(Violation of Florida Deceptive and Unfair Trade Practices Act, )

53.     Groundworks hereby realleges and incorporates paragraphs 1 through 52 as if fully set forth herein.

54.     This is a claim for relief under the Florida Deceptive and Unfair Trade Practices Act, §§ 501.201, et seq., Florida Statutes ("DUTPA").

55.     Groundworks and Defendant are competitors.

56.     Defendant has engaged in unconscionable, deceptive, and unfair acts and practices in the conduct of its trade as previously alleged.

57.     Defendant's practices offend established public policy, are immoral, unethical,   unscrupulous, or substantially injurious to consumers, and violate Defendant's obligations under DUTPA.

58.     Groundworks has suffered losses as a result of Defendant's practices.

59.     The damages suffered by Groundworks are irreparable, difficult to quantify and continue to accrue.

## COUNT V
### (Preliminary and Permanent Injunction)

60.     Groundworks hereby realleges and incorporates paragraphs 1 through 59 as if fully set forth herein.

61.     Defendant's use of Groundworks' Medjool Mesa Photograph is likely to cause confusion, mistake, and deception because professional landscape materials purchasers and the public will believe Defendant is offering those palms for sale and/or that Defendant is associated with Groundworks or authorized to use the Photograph and sell the palms for or in conjunction with Groundwork and/or that Groundworks does not possess the exclusive right to distribute the palms associated with the Photograph.

62.     Unless the Court intervenes to restrain and enjoin Defendant from using the pirated Medjool Mesa Photograph, and requires that Defendant engage in appropriate corrective advertising, Defendant will continue to use and benefit from the Photograph as alleged herein.

63.     Such activities cause, have caused and will continue to cause Groundworks to be irreparably harmed, and will deprive Groundworks of its protected interest in the Medjool Mesa Photograph and the accumulated goodwill generated by Groundworks' promotion, advertising, and sale of its goods and services in connection with the photograph.

64.     Groundworks has no adequate remedy at law to rectify the harm of Defendant's unauthorized use of the Photograph and improper and misleading advertisements in commerce.

14

65.     The entry of preliminary and permanent injunctive relief will not adversely affect any third parties and will further the public interest by eliminating the confusion, deception, dilution, infringement, and the like, as described herein.

66.     By reason of the foregoing, Defendant should be restrained and enjoined immediately and during the pendency of this action and, thereafter, permanently restrained and enjoined from interfering with the rights of Groundworks in the Photograph and the images depicted thereon.

**WHEREFORE**, Groundworks requests that this Court enter judgment in its favor and against Defendant, James Q. Redmond, adjudging that:

(a)     Defendant, James Q. Redmond, and all other persons in active concert or participation with him, and any of their successors and assigns, be preliminarily and permanently enjoined and restrained from:

> (1)     using or displaying in any manner the Medjool Mesa Photograph;
>
> (2)     expressly or impliedly representing themselves to customers, potential customers, or the public to be affiliated in any way with Groundworks or able to sell or distribute any Medjool date palms for which Groundworks has exclusive distribution rights;
>
> (3)     otherwise infringing or interfering with Groundworks' rights in and to the Medjool Mesa Photographs and the palms depicted thereon; and
>
> (4)     competing unfairly with Groundworks in any manner by improper use of Groundworks' proprietary property;

(b)     Defendant be required to engage in appropriate corrective advertising to protect the interests of Groundworks affected by the improper advertisements in the September 2008 *PlantFinder* and the October 2008 *PlantFinder*;

(c)     Groundworks recover from Defendant its actual damages caused by the acts of Defendant in violation of Florida common law, together with punitive damages;

(d)     Defendant be required to pay to Groundworks its compensatory and special damages as alleged herein in a sum to be determined at trial, and to account for all gains, profits and advantages derived by Defendant;

(e)     Groundworks be awarded treble damages, reasonable attorneys' fees, and the costs and disbursements of this action.

(f)     Groundworks recover the costs of this action, together with reasonable attorneys' fees and disbursements pursuant to applicable federal and state law, including, without limitation, 15 U.S.C. § 1117(a) and § 501.2105, Florida Statutes;

(g)     Defendant file with this Court and serve on counsel for Groundworks within ten (10) days from the date of entry of any injunction, a report in writing, under oath, setting forth in detail the manner and form in which Defendant has complied with the terms of the injunction; and

(h)     Such other and further relief as the Court deems just and equitable.

16

DATED: _October 24_, 2008

Respectfully submitted,

HOLLAND & KNIGHT

Frederick D. Page
FBN: 968587
50 North Laura Street, Suite 3900
Jacksonville, FL 32202
(904) 353-2000
(904) 358-1872 (fax)
Email: fred.page@hklaw.com

Attorneys for Plaintiff Groundworks

# 5738224_v1

17

EXHIBIT _1_





*Betrock's*

WHOLESALE GUIDE TO FOLIAGE AND ORNAMENTAL PLANTS        SEPTEMBER 15, 2008   $17.50

See our ad on pages 15

BETROCK
INFORMATION
SYSTEMS, INC.
7770 DAVIE RD EXT.
HOLLYWOOD, FL 33024
CHANGE
SERVICE REQUESTED

*******************5-DIGIT 33472

SEP 2 3 2008

G NOTTINGHAM
GROUNDWORKS OF P B CTY
8140 93RD LN S
BOYNTON BEACH FL 33472-4402

PRESORTED
BOUND PRT MTR
US POST PAID
GREENVILLE SC
PERMIT 1431

| Plant name/Region-Advertiser | Qty | Specifications | Price |
|---|---|---|---|
| S2 DATE PALM WHOLESLR | - | FG 9-10'CT | OR |
| S2 DATE PALM WHOLESLR | - | FG 11-12'CT | OR |
| S2 DATE PALM WHOLESLR | - | FG 13-14'CT | OR |
| S2 DATE PALM WHOLESLR | - | FG 15'+CT | OR |
| CA DESERT JOOL FARMS | - | FG 8-12' | OR |
| CA DESERT JOOL FARMS | - | FG 13-18' | OR |

**DESERT JOOL FARMS INC**
Date Palm Specialist
760-231-7471 Fax-760-399-5044

| | | | |
|---|---|---|---|
| CA DESERT JOOL FARMS | - | FG 19-25' | OR |
| CA DESERT JOOL FARMS | - | FG 26'+ | OR |
| S2 GETTING GREEN PLNT | M'S | FG 8-14'CT | MP |
| S2 GETTING GREEN PLNT | M'S | FG 8-16'CT | OR |

**GETTING GREEN PLANT SERV**
Beautiful, Healthy Medjools to
Make Your Job Stand Apart...

| | | | |
|---|---|---|---|
| CW GROUNDSCAPES OF FL | 100 | CLT 10-29'CT | 3950'+ |
| S3 GROUNDWORKS | 25M | FG 8'CT CERT | MP |
| S3 GROUNDWORKS | 15M | FG9-10'CT CERT | MP |
| S3 GROUNDWORKS | 10M | FG11-12'CT CERT | MP |
| S3 GROUNDWORKS | 2M | FG13-14'CT CERT | MP |
| S3 GROUNDWORKS | 1M | FG15-16'CT CERT | MP |
| S3 GROUNDWORKS | 500 | FG17-18'CT CERT | MP |
| S3 GROUNDWORKS | 100 | FG20-24'CT CERT | MP |
| S3 GROUNDWORKS | 100 | FG25-28'CT CERT | MP |
| S3 GROUNDWORKS | 100 | FG30-36'CT CERT | MP |
| S1 IMPERIAL NSY | - | FG 10-14' | 45.00'FT |
| SW J W D TREES INC | - | FG 8'CT | OR |
| SW J W D TREES INC | - | FG 10'CT | OR |
| SW J W D TREES INC | - | FG 12'CT | OR |
| SW J W D TREES INC | - | FG 14'CT | OR |
| SW J W D TREES INC | - | FG 16'CT | OR |
| SW J W D TREES INC | - | FG 18'CT | OR |
| S1 LANE FIELDING & LEIS | 20 | FG 6-10'CT | 2500.+ |
| PH REDMOND PALMS | - | FG 6-10'CT | OR |
| PH REDMOND PALMS | - | FG 8-10'CT | OR |
| PH REDMOND PALMS | - | FG 11-20'CT | OR |
| PH REDMOND PALMS | - | FG 21'+CT | OR |
| S3 SOUTH COAST GROWRS | 50 | FG BB 6-8'CT | MP |
| S3 SOUTH COAST GROWRS | 500 | FG 8-10'CTBB | MP |
| S3 SOUTH COAST GROWRS | 500 | FG 11-35'CTBB | MP |

**SOUTH COAST GROWERS**
Tag Your Own Trees!
From The Grower - Not a Broker

| | | | |
|---|---|---|---|
| S1 SPEEDWAY TREE FARM | 300 | FG 2-5'CT | 150+'FT |
| S3 SUNGOLD TREES INC | - | FG 6'CT | OR |
| S3 SUNGOLD TREES INC | - | FG 7'CT | OR |
| S3 SUNGOLD TREES INC | - | FG 8'CT | OR |
| S3 SUNGOLD TREES INC | - | FG 9'CT | OR |
| S3 SUNGOLD TREES INC | - | FG 10'CT | OR |
| S3 SUNGOLD TREES INC | - | FG 11'CT | OR |
| S3 SUNGOLD TREES INC | - | FG 12'CT | OR |
| S3 SUNGOLD TREES INC | - | FG 18'CT | OR |
| S3 SUNGOLD TREES INC | - | FG 19'CT | OR |
| S3 SUNGOLD TREES INC | - | FG 21'CT | OR |
| S3 SUNGOLD TREES INC | - | FG 22'CT | OR |
| S3 SUNGOLD TREES INC | - | FG 23'CT | OR |
| S3 SUNGOLD TREES INC | - | FG 24'CT | OR |
| S3 SUNGOLD TREES INC | - | FG 25-30'CT | OR |
| S3 SUNQUEST NSY/S F | - | FG 6-9'CT | OR |
| S3 SUNQUEST NSY/S F | - | FG 10-14'CT | OR |
| S3 SUNQUEST NSY/S F | - | FG 15-19'CT | OR |
| S3 SUNQUEST NSY/S F | - | FG 20-30'CT | OR |
| CW TREEMART | - | FG 6-9'CT | OR |
| CW TREEMART | - | FG 21-35'CT | OR |

**TREEMART INC**
Medjool Headquarters
Large Inventory  800-664-4006

| | | | |
|---|---|---|---|
| CW TREEMART | - | FG 10-15'CT | OR |
| CW TREEMART | - | FG 16-20' | OR |

es 352-728-5096 Rodney, Crissy, Becky, Megan
Abbreviation key on page 604

# Redmond Palms
*Supplying the Finest Palms on the Market*
**We Have Over 250,000 Acres of Palms
Ready to be Shipped.**

## We've got all sizes of Medjools
## Hundreds Available



### California Seedling Medjools
### 6-10'CT Starting @ $2200

Also Available: Sabals, Deglet Noor, Canary, Pindo, Sylvester,
Reclinata, Paurotis, Windmill & Needle Palms
**We charge the same price for 1 palm or 100 palms!**

*We are a pioneer in the Sabal Palm market,
harvesting palms for over 50 years and counting.*
**Sabals - Slick or Booted $60**

We have Crape Myrtles Available - DOT Certified
14-16'OA, 8'CT, Heavy Caliper - **$160**

**Redmond Palms**
**Fountain, FL • Ft. Myers, FL • Murrieta, CA**
**Phone: 239-791-6755 or 850-722-0903**
**www.redmondpalms.com** Reg.#47222181

EXHIBIT 3



*Betrock's*

WHOLESALE GUIDE TO FOLIAGE AND ORNAMENTAL PLANTS    OCTOBER 15, 2008   $17.50

See our ads on pages 62, 107, 125, 135, 161, 209, 248, 249, 299, 3...

BETROCK
INFORMATION
SYSTEMS, INC.
7770 DAVIE RD EXT.
HOLLYWOOD, FL 33024
CHANGE
SERVICE REQUESTED

*************CAR-RT SORT**R001

G NOTTINGHAM    OCT 1 5 2008
GROUNDWORKS OF P B CTY
8140 93RD LN S
BOYNTON BEACH FL 33472-4402

PRESORTED
BOUND PRT MTR
US POST PAID
GREENVILLE SC
PERMIT 1431

| | | | | |
|---|---|---|---|---|
| 3' | 600.00 | S2 | DATE PALM WHOLESLR | FG 15'+CT |
| -18' | 1250.00 | CA | DESERT JOOL FARMS | FG 8-12' |
| -20' | 1250.00 | CA | DESERT JOOL FARMS | FG 13-18' |
| | 20.00FT | | | |
| | OR | | **DESERT JOOL FARMS INC** | |
| | OR | | **Date Palm Specialist** | |
| | OR | | **760-231-7471 Fax-760-399-5044** | |
| | 155.WD' | CA | DESERT JOOL FARMS | FG 19-25' |
| | 125.00 | CA | DESERT JOOL FARMS | FG 26'+ |
| | 30.00FT | S2 | GETTING GREEN PLNT | M'S FG 8-14'CT |
| | | S2 | GETTING GREEN PLNT | M'S FG 8-16'CT |
| ALE | OR | | **GETTING GREEN PLANT SERV** | |
| | OR | | **Beautiful, Healthy Medjools to** | |
| | OR | | **Make Your Job Stand Apart...** | |
| | OR | CW | GROUNDSCAPES OF FL | 100 CLT 10-29'CT | 3950.+ |
| CT2 | 200.+CT | S3 | GROUNDWORKS | 25M FG 8'CT CERT | MP |
| 'F | 310.+CT | S3 | GROUNDWORKS | 15M FG9-10'CT CERT | MP |
| CT1 | 290.+CT | S3 | GROUNDWORKS | 10M FG11-12'CT CERT | MP |
| | 200.'CT | S3 | GROUNDWORKS | 1M FG15-16'CT CERT | MP |
| | 150.FT | S3 | GROUNDWORKS | 500 FG17-18'CT CERT | MP |
| A | 300.00 | S3 | GROUNDWORKS | 100 FG20-24'CT CERT | MP |
| R | OR | S3 | GROUNDWORKS | 100 FG25-28'CT CERT | MP |
| | OR | S3 | GROUNDWORKS | 100 FG30-36'CT CERT | MP |
| | OR | S1 | IMPERIAL NSY | FG 10-14' | 45.00FT |
| T FF | OR | SW | J W D TREES INC | FG 8'CT | OR |
| T FF | OR | SW | J W D TREES INC | FG 10'CT | OR |
| CT FF | OR | SW | J W D TREES INC | FG 12'CT | OR |
| CT FF | OR | SW | J W D TREES INC | FG 14'CT | OR |
| | OR | SW | J W D TREES INC | FG 16'CT | OR |
| | OR | SW | J W D TREES INC | FG 18'CT | OR |
| CV | 250.FT | S1 | LANE FIELDING/LEISUR | 20 FG 6-10'CT | 2500.+ |
| | OR | CE | PENT LANDSCAPING | FG 7-9'CT | 300'INS |
| TBB | OR | SW | REDMOND PALMS | FG 6-10'CT | OR |
| CTBB | MP | SW | REDMOND PALMS | FG 8-10'CT | OR |
| CTBB | MP | SW | REDMOND PALMS | FG 11-20'CT | OR |
| | MP | SW | REDMOND PALMS | FG 21'+CT | OR |
| | OR | S3 | SOUTH COAST GROWRS | 50 FG BB 6-8'CT | |
| | OR | S3 | SOUTH COAST GROWRS | 500 FG 8-10'CTBB | MP |
| | OR | S3 | SOUTH COAST GROWRS | 500 FG 11-35'CTBB | MP |
| | OR | | **SOUTH COAST GROWERS** | |
| CT | OR | | **Tag Your Own Trees!** | |
| CT | OR | | **From The Grower - Not a Broker** | |
| T | 2500.00 | S1 | SPEEDWAY TREE FARM | 300 FG 2-5'CT | 150+FT |
| CT | 2500.00 | S3 | SUNGOLD TREES INC | FG 6'CT | OR |
| T BB | | S3 | SUNGOLD TREES INC | FG 7'CT | OR |
| | 40.00 | S3 | SUNGOLD TREES INC | FG 8'CT | OR |
| | 50.00 | S3 | SUNGOLD TREES INC | FG 9'CT | OR |
| FF | OR | S3 | SUNGOLD TREES INC | FG 10'CT | OR |
| FF | OR | S3 | SUNGOLD TREES INC | FG 11'CT | CA |
| T FF | OR | S3 | SUNGOLD TREES INC | FG 12'CT | OR |
| F | OR | S3 | SUNGOLD TREES INC | FG 18'CT | CA |
| F | OR | S3 | SUNGOLD TREES INC | FG 19'CT | OR |
| F | OR | S3 | SUNGOLD TREES INC | FG 21'CT | CA |
| FF | OR | S3 | SUNGOLD TREES INC | FG 22'CT | CA |
| CT FF | OR | S3 | SUNGOLD TREES INC | FG 23'CT | CA |
| | OR | S3 | SUNGOLD TREES INC | FG 24'CT | CA |
| A | 50.00FT | S3 | SUNGOLD TREES INC | FG 25-30'CT | CA |
| | 225.'CT | S3 | SUNQUEST NSY/S F | FG 6-9'CT | OR |
| | 45.00FT | S3 | SUNQUEST NSY/S F | FG 10-14'CT | OR |
| | OR | S3 | SUNQUEST NSY/S F | FG 15-19'CT | OR |
| | | S3 | SUNQUEST NSY/S F | FG 20-30'CT | OR |
| | | CW | TREEMART | FG 6-10'CT | 3650.00 |
| S | | CW | TREEMART | FG 10-15'CT | OR |
| | | CW | TREEMART | FG 16-20' | OR |
| | | CW | TREEMART | FG 21-35'CT | OR |
| | OR | | **TREEMART INC** | |
| r | OR | | **Medjool Headquarters** | |
| CT | OR | | **Large Inventory  800-664-4006** | |
| CT | OR | S3 | U. S. GROWERS INC | 100 FG 6-9'CT BB | 3450.00 |
| | | S3 | U. S. GROWERS INC | 100 FG 10-14'CT BB | 3900.00 |

w! Betrock's Plantlink.mobi - Call 800-627-3819 | Abbreviation key on page 40

# Redmond Palms

*Supplying the Finest Palms on the Market*

## We Have Over 250,000 Acres of Palms Ready to be Shipped.

## We've got all sizes of Medjools Hundreds Available



## California Seedling Medjools 6-10'CT Starting @ $2200

Also Available: Sabals, Deglet Noor, Canary, Pindo, Sylvester, Reclinata, Paurotis, Windmill & Needle Palms

**We charge the same price for 1 palm or 100 palms!**

*We are a pioneer in the Sabal Palm market, harvesting palms for over 50 years and counting.*

## Sabals - Slick or Booted $60

We have Crape Myrtles Available - DOT Certified 14-16'OA, 8'CT, Heavy Caliper - **$160**

## Redmond Palms

**Fountain, FL • Ft. Myers, FL • Murrieta, CA**

## Phone: 239-791-6755 or 850-722-0903

**www.redmondpalms.com** Reg.#47222181

§JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Groundworks of Palm Beach County, Inc. | James Q. Redmond d/b/a Redmond Palms |

**(b)** County of Residence of First Listed Plaintiff   Palm Beach
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Unknown
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Frederick D. Page, Holland & Knight LLP, 50 North Laura Street, Suite 3900, Jacksonville, Florida  32202
(904) 353-2000

Attorneys (If Known)

Unknown

FILED by _____ D.C.

OCT 27 2008

STEVEN M. LARIMORE
CLERK U.S. DIST CT.
S.D. OF FLA. – MIAMI

**(d)** Check County Where Action Arose:  ☐ MIAMI- DADE  ☐ MONROE ✓ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

| II. BASIS OF JURISDICTION (Place an "X" in One Box Only) | III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only) |
|---|---|

☐ 1 U.S. Government Plaintiff
✓ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

FTL 08 CV 61735 – Dimitrouleas / Rosenbaum

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☑ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus-Alien Detainee | | |
| | | | ☐ 465 Other Immigration Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)

✓ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).**  (See instructions second page):
a) Re-filed Case ☐ YES ☑ NO     b) Related Cases ☐ YES ☑ NO
JUDGE _____   DOCKET NUMBER _____

**VII. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

Claim under 15 U.S.C. Section 1125 for false advertising and false designation of origin or sponsorship

LENGTH OF TRIAL via  3  days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☑ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD   s/ F D Page   FBN 968587

DATE   10/24/2008

FOR OFFICE USE ONLY
AMOUNT  $350.00   RECEIPT # 989468

10/28/08